

**Liebowitz Law Firm, PLLC**
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.liebowitzlawfirm.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

MEMO ENDORSED

January 27, 2020

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Capital Art, Inc. v. Sit Down New York, Inc. (1:19-cv-4454-RA)*

Dear Judge Abrams,

We represent Plaintiff, Capital Art, Inc., in the above in-captioned case. I will be out of town on January 31, 2020 for the status conference and respectfully request that the conference be adjourned to 1pm on February 10, 2020. In the alternative the parties can submit a briefing scheduling for any summary judgment motions the parties anticipate making after expert discovery is completed on February 14, 2020

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Capital Art, Inc.*

---

Application granted. The post-discovery conference scheduled for January 31, 2020 is hereby adjourned *sine die*. No later than February 21, 2020, the parties shall jointly file a letter updating the Court as to the status of the case, including a proposed briefing schedule for summary judgment motions.

SO ORDERED.

Hon. Ronnie Abrams
1/28/2020

Liebowitz Law Firm, PLLC