UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ART, INC.,

                 Plaintiff,

v.

SIT DOWN NEW YORK, INC.,

                 Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-23-20

19-CV-4454 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on May 15, 2019. On February 21, 2020, the parties proposed a briefing schedule on their summary judgment motions, which the Court so-ordered that same day. According to that schedule, motions for summary judgment were due by May 22, 2020. To date, however, neither party has filed a motion. No later than July 7, 2020, the parties shall jointly file a letter updating the Court as to the status of this case, including whether either party intends to file a summary judgment motion and if so, by when. If not, the parties shall include proposed next steps in their joint letter.

SO ORDERED.

Dated:    June 23, 2020
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge