UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAPITAL ART, INC.,

                         Plaintiff,                     19-CV-04454 (RA)(SN)

        -against-                                   **ORDER**

SIT DOWN NEW YORK, INC.,

                         Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Wednesday, October 14, 2020, the Honorable Ronnie Abrams referred this matter to my docket for settlement. The parties are directed to contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference by Oct. 21, 2020.

**SO ORDERED.**

DATED:     New York, New York
                 October 15, 2020

                                                SARAH NETBURN
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2020