UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL ART, INC.,<br><br>                      Plaintiff,<br><br>                         v.<br><br>SIT DOWN NEW YORK, INC.,<br><br>                      Defendant. | No. 19-CV-4454 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 14, 2020, this case was referred to Magistrate Judge Netburn for a settlement conference. *See* Dkt. 30. To the Court's knowledge, despite having requested the referral, the parties have failed to respond to repeated inquiries from Judge Netburn's chambers regarding the scheduling of a conference. Additionally, on November 30, 2020, Plaintiff's counsel was preliminarily suspended from practicing law in the Southern District of New York. *See In the Matter of Richard Liebowitz*, No. M-2-238, 2020 WL 7421390 (S.D.N.Y. Nov. 30, 2020). Accordingly, it is hereby ordered that, within thirty days of the date of this order, Plaintiff shall file a letter articulating for the Court who is representing it and explaining its failure to engage in the settlement process before Judge Netburn. Failure to file the letter may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:     December 21, 2020
               New York, New York

                                                                           Ronnie Abrams
                                                                           United States District Judge